UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KIDSATIONAL, INC.,
a Nevada Corporation,

    Plaintiff/Counter-Defendant,

Civil Action No. 2:07-cv-13268 (PJD)

        v.

Honorable Judge Patrick J. Duggan

VF OUTDOOR, INC. d/b/a REEF,
a Delaware Corporation,

SOUTH CONE, INC. d/b/a REEF,
a California Corporation,

    Defendants/Counter-Plaintiffs.

ANDREW M. GROVE (P48868)
TERESA A. CHISHOLM (P69222)
Reising, Ethington, Barnes, Kisselle, P.C.
201 West Big Beaver Road, Suite 400
Troy, Michigan 48084
PO Box 4390
Troy, Michigan 48099-4390
248-689-3500
E-mail:  grove@reising.com
         chisholm@reising.com
*Attorneys for Plaintiff*

MARJORY G. BASILE (P30358)
Miller, Canfield, Paddock & Stone, PLC
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
Ph: (313) 963-6420
E-mail: basile@millercanfield.com
*Attorney for Defendants*

JEFFREY S. GERCHICK
MARCIA H. SUNDEEN
Kenyon & Kenyon LLP
1500 K Street, N.W., Suite 700
Washington, D.C. 20005
Phone:  (202) 220-4200
Fax:  (202) 220-4201
E-mail:  jgerchick@kenyon.com
        msundeen@kenyon.com
*Attorneys for Defendants*

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and a Settlement

Agreement entered into by and between the parties, it is herby STIPULATED, CONSENTED

1

AND AGREED TO by the parties and ORDERED by the Court that the above-entitled action, including any and all claims of Kidsational, Inc. and counterclaims of VF Outdoor, Inc. and/or South Cone, Inc. relating to U.S. Patent No. 5,921,008, be DISMISSED WITH PREJUDICE. The parties will each bear their own respective costs and attorney fees.

| | |
|---|---|
| By: s/Andrew M. Grove<br>ANDREW M. GROVE (P48868)<br>TERESA A. CHISHOLM (P69222)<br>Reising, Ethington, Barnes, Kisselle, P.C.<br>201 West Big Beaver Road, Suite 400<br>Troy, Michigan 48084<br>PO Box 4390<br>Troy, Michigan 48099-4390<br>248-689-3500<br>E-mail:  grove@reising.com<br>         chisholm@reising.com<br>*Attorneys for Plaintiff* | By: s/ with consent Marjory G. Basile<br>MARJORY G. BASILE (P30358)<br>Miller, Canfield, Paddock & Stone, PLC<br>150 W. Jefferson Ave., Suite 2500<br>Detroit, MI 48226<br>Ph: (313) 963-6420<br>E-mail: basile@millercanfield.com<br>*Attorney for Defendants* |
| Date: __April 15, 2008_____ | Date: __April 11, 2008_____ |

IT IS SO ORDERED:

Dated: _April 17, 2008_____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　s/PATRICK J. DUGGAN
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE